**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JASON R. WINTERS**,<br><br>*Plaintiff*,<br><br>v.<br><br>**PINGORA LOAN SERVICING, LLC, et al.**,<br><br>*Defendants*. | **Case No. 2:25-cv-02095-JDW** |

**ORDER**

**AND NOW**, this 30th day of July, 2026, it is **ORDERED** that Defendants' Motion For Summary Judgment (ECF No. 46) is **STRICKEN** for failure to comply with the requirements set forth in Section II.B.5. of my Policies and Procedures.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.